bertmunaind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>BERT R.A. MUNA,<br><br>              Defendant. | CRIMINAL CASE NO. 06-00035<br><br>**INDICTMENT**<br><br>**POSSESSION OF A FIREARM BY A FELON**<br>[18 U.S.C. §§ 922(g)(1), 924(e) & 2]<br><br>**POSSESSION OF AMMUNITION BY A FELON**<br>[18 U.S.C. §§ 922(g)(1) & 2] |

THE GRAND JURY CHARGES THAT:

### COUNT I - POSSESSION OF A FIREARM BY A FELON

On or about January 10, 2006, in the District of Guam and elsewhere, BERT R.A. MUNA, the defendant herein, having been convicted of a felony offense; to wit, one count of Theft of Motor Vehicle October 31, 1999, under the Superior Court of Guam, Case No. CF487-99, possessed in and affecting commerce, a firearm, to wit: a Beretta, PB Mod, .21A .22 LR, Serial Number BBS05015U, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(e) and 2.

**ORIGINAL**

## COUNT II - POSSESSION OF AMMUNITION BY A FELON

On or about January 10, 2006, in the District of Guam and elsewhere, BERT R.A. MUNA, the defendant herein, having been convicted of a felony offense; to wit, one count of Theft of Motor Vehicle October 31, 1999, under the Superior Court of Guam, Case No. CF487-99, possessed in and affecting commerce, ammunition, to wit: seven unexpended .22 caliber bullets, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

DATED this 23 day of August, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney