# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: ____

**Related Case Information:**
Superseding Indictment: ____  Docket Number: **06-00035**
Same Defendant: ____  New Defendant: x
Search Warrant Case Number: ____
R 20/ R 40 from District of: ____

## Defendant Information:

Juvenile: Yes ____ No X    Matter to be sealed: ____ Yes X No

Defendant Name: BERT R.A. MUNA
Alias Name: ____
Address: ____
Dededo, Guam

Birthdate: XX/XX/1982   SS#: XXX-XX-6173   Sex: M   Race: PI   Nationality: Chamorro

## U.S. Attorney Information:

AUSA: Rosetta San Nicolas

Interpreter: X No ___ Yes    List language and/or dialect: ____

RECEIVED AUG 23 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

## Location Status:

Arrest Date: ____
☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: 2    ____ Petty   ____ Misdemeanor   X Felony

| Set | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 USC 922(g)(1), 924(e) & 2 | Possession of Firearm by a Felon | 1 |
| 2 | 18 USC 922(g)(1) & 2 | Possession of Ammunition by a Felon | 2 |
| 3 | | | |
| 4 | | | |

(May be continued on reverse)

Date: 8/22/06    Signature of AUSA: [signature]

Case 1:06-cr-00035   Document 1-2   Filed 08/23/2006   Page 1 of 1