

FILED
DISTRICT COURT OF GUAM

DEC 18 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00035 |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **BERT R.A. MUNA,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

represent the defendant in the above-entitled case.

Dated this 15th day of December, 2006.


**JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE**
**DISTRICT COURT OF GUAM**

ORIGINAL