# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00035                               DATE: February 01, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore       Electronically Recorded: 10:37:27 - 10:57:30
CSO: F. Tenorio / B. Benavente

**APPEARANCES:**

Defendant: Bert R.A. Muna                   Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.           ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Carleen Borja               U.S. Marshal: None Present
Interpreter:                                Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: May 2, 2007 at 10:30 A.M.
- Presentence Report due to the parties: March 8, 2007
- Presentence Report due to the Court: April 9, 2007
- Defendant released on bond as previously ordered by this Court.

NOTES: