# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM RECEIVED

District of _____ **GUAM**

23 AUG 2006 02

**UNITED STATES OF AMERICA**

V.

**BERT R.A. MUNA**

**WARRANT FOR ARREST**

Case Number: **CR-06-00035**

FILED
DISTRICT COURT OF GUAM
FEB -8 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ **BERT R.A. MUNA** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**COUNT I - POSSESSION OF A FIREARM BY A FELON**

**COUNT II - POSSESSION OF A AMMUNITION BY A FELON**

in violation of Title _____ **18** _____ United States Code, Section(s) _____ **922(g)(1), 924(e) and 2** _____

**LEILANI R. TOVES HERNANDEZ** _____  _____/s/ Hernandez_____
Name of Issuing Officer                                       Signature of Issuing Officer

**Deputy Clerk** _____                                     **August 23, 2006: Hagatna, Guam**
Title of Issuing Officer                                        Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

G U A M

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/15/06 | Hoang Nguyen, ATF | For, Clark |

ORIGINAL

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __BERT R.A. MUNA__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____