
FILED
DISTRICT COURT OF GUAM
MAR - 5 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br>vs.<br><br>BERT R.A. MUNA<br>　　　　Defendant. | USDC Cr. Cs. No. 06-00035-001<br><br>**REQUEST TO CONTINUE SENTENCING HEARING** |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for May 2, 2007. The probation officer is requesting that Court continue sentencing to June 1, 2007. The continuance is necessary for the probation officer to research the defendant's criminal history and to prepare his criminal history computation. Both parties have no objections to a continuation.

RESPECTFULLY submitted this 5TH day of March 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
STEPHEN P. GUILLIOT
U.S. Probation Officer

Approved by:
_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

MARCH 5, 2007
DATE

cc: Rosetta San Nicolas, AUSA
　　Richard Arens, Defense Counsel

ORIGINAL