✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

**Bert R.A. Muna**  CASE NUMBER: **CR-06-00035-001**

TYPE OF CASE:
☐ **CIVIL**  X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Tuesday, June 12, 2007 at 9:30 a.m.** | **Friday, June 22, 2007 at 1:30 p.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**June 5, 2007**  /s/ Leilani R. Toves Hernandez
DATE  (BY) DEPUTY CLERK

TO: U.S. Attorney's Office
    Federal Public Defender
    U.S. Probation Office
    U.S. Marshals Service