# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# AMENDED MINUTES**
# SENTENCING

CASE NO.: CR-06-00035-001   DATE: June 22, 2007

**HON. FRANCES M. TYDINGCO-GATEWOOD**, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley   Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 2:36:10 - 3:14:20
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Bert R.A. Muna   Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.   ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas   U.S. Agent: Hoang Nguyen, A.T.F.
U.S. Probation: Stephen Guilliot   U.S. Marshal: D. Punzalan / F. Taitague
Interpreter:   Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of time served
- Upon release from imprisonment, defendant is placed on supervised release for a term of 3 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES:

**Government's oral Motion to Dismiss Count II was granted.