DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERT R.A. MUNA,<br><br>Defendant. | CRIMINAL CASE NO. 06-00035<br><br><br><br>**ORDER** |

On December 15, 2006, the Court ordered the above-named defendant to surrender his birth certificate as a condition of pretrial release. The case has since been closed, and the Court has no further need to retain said birth certificate. Accordingly, the Clerk of Court is directed to release the birth certificate to the defendant.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Sep 28, 2007**