DISTRICT COURT OF GUAM

TERRITORY OF GUAM

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERT R.A. MUNA,<br><br>Defendant. | CRIMINAL CASE NO. 06-00035<br><br><br>**O R D E R** |

On September 28, 2007, the court directed the Clerk's Office to release the Defendant's birth certificate to him. The Defendant was notified to pick up his birth certificate, but has failed to do so to date.

If the Defendant fails to retrieve his birth certificate within 30 days after the issuance of this Order, the Clerk of Court is hereby authorize to destroy or dispose of said birth certificate as she deems appropriate.

Furthermore, the Clerk's Office is ordered to mail a copy of this Order to the Defendant at his last known mailing address.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Dec 14, 2007